```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

         MAR 4 - 2008

           AT SEATTLE
     CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
BY                            DEPUTY
```

07-CV-00940-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| DANNY H. BRANDT, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.   C07-940-MJP |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPH LEHMAN, *et al.*, | ) | ORDER GRANTING DEFENDANTS' |
| | ) | MOTION TO DISMISS |
| Defendants. | ) | |

The Court, having reviewed plaintiff's complaint, defendants' motion to dismiss this action, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation.

(2)   Defendants' motion to dismiss (Dkt. No. 11) is GRANTED and this action is

DISMISSED without prejudice.

//

//

ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS - 1

(3)   The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Monica J. Benton.

DATED this **3** day of **March**, 2008.

*[signature]*

MARSHA J. PECHMAN
United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS - 1